IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHANIE TEOLI, | ) |
| PLAINTIFF, | ) CIVIL ACTION |
| vs. | ) |
| HOWMEDICA OSTEONICS CORPORATION, a New Jersey corporation, d/b/a STRYKER ORTHOPAEDICS, | ) NO.: 13-1420 |
| DEFENDANT | ) |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

TO THE COURT:

Please take notice that pursuant to Federal Rule of Civil Procedure 41, Plaintiff hereby voluntarily dismisses all claims in this action as to all Defendants without prejudice.  Defendants have neither filed an Answer nor filed a Motion for Summary Judgment.  Accordingly this matter may be dismissed without prejudice and without an Order of the Court.

ANAPOL, SCHWARTZ, WEISS, COHAN,
FELDMAN & SMALLEY

BY: _____
THOMAS R. ANAPOL, ESQUIRE
Attorney for Plaintiff
Anapol Schwartz
1710 Spruce Street
Philadelphia, PA   19103
215-735-1130 phone
215-875-7707 fax
tanapol@anapolschwartz.com

Date:  3/27/2013